WR-83,462-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/22/2015 4:56:33 PM
Accepted 9/23/2015 8:05:19 AM
ABEL ACOSTA
CLERK

COURT OF CRIMINAL APPEALS NO. WR-83,462-01
TRIAL COURT CAUSE NO. W08-51421-Y(A)

| | | |
|---|---|---|
| EX PARTE | § | IN THE COURT OF |
| | § | CRIMINAL APPEALS |
| WARREN LABON DAVIS | § | OF TEXAS AT AUSTIN |

## MOTION TO EXTEND THE TIME FOR FILING
## THE TRIAL COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE HONORABLE JUDGES OF SAID COURT:**

The Criminal District Court No. 7 of Dallas County, Texas, through the Honorable Elizabeth Frizell, moves for an extension of time for filing its Findings of Fact and Conclusions of Law in the above-styled case to November 30, 2015. In support of this motion, the Court would show the following:

I.

On September 11, 2008, Applicant entered a plea of guilty to the offense of murder and was sentenced to fifteen years in the penitentiary. The case was affirmed on direct appeal. On November 20, 2012, Applicant filed the instant writ application. An order designating issues was signed on December 20, 2012, appointing April Smith to resolve issues and prepare findings.

II.

On August 26, 2015, this Court entered an order requiring findings to be made and forwarded within 30 days, or by September 25, 2015.

III.

On August 26, 2015, April Smith contacted the trial attorney, Scottie Allen to request an affidavit regarding the issues Applicant raises in this writ. The Dallas County Staff Attorneys have also attempted to obtain an affidavit from trial counsel, to no avail. Scottie Allen has not returned any phone calls from the writ master or the staff attorneys. Additionally, the court coordinator has attempted to contact trial counsel to request an affidavit. Again, trial counsel has failed to respond.

The Court has issued a bench warrant for Applicant to be returned to Dallas County to appear for a hearing. The Court has appointed counsel to represent Applicant at the hearing. The Court will need time to schedule a hearing and have Scottie Allen subpoenaed for the hearing once Applicant is returned to Dallas County.

WHEREFORE, PREMISES CONSIDERED, the Court respectfully requests that the time for filing its Findings of Fact and Conclusions of Law, along with the supplemental transcript be extended to November 30, 2015.

Respectfully submitted,


/s/ Judge Elizabeth Frizell
Presiding Judge
Criminal District Court No. 7
Dallas County, Texas